■ ALBERT GOETZ-HADDAD, Appellant, v STEVEN WORTHMAN, Respondent. [785 NYS2d 351]—In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Suffolk County (Cohalan, J.), dated May 28, 2003, which denied his motion, purportedly pursuant to CPLR 5015 (a) (1), to vacate a judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

The Supreme Court properly denied the plaintiff's motion to vacate the judgment dismissing his complaint because the rec-

ord reveals that the dismissal of the complaint was correctly granted on statute of limitations grounds and was not granted on the plaintiff's default. H. Miller, J.P., Crane, Spolzino and Fisher, JJ., concur.